**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 30 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| PGM TECHNOLOGIES INC, a Delaware Corporation, <br><br> Plaintiff, <br><br> UNKNOWN VICTIMS, I-XXX, <br><br> Plaintiff, <br><br> and <br><br> PETER STROJNIK P.C.; PETER STROJNIK PC, an Arizona Professional Corporation, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CAN PAY MINING INC, and Arizona Corporation; DAVID FLASHA husband; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC, persons and entities I-X, <br><br> Defendants - Appellees. | No. 07-15826 <br> D.C. No. CV-05-00637-ROS <br> District of Arizona, Phoenix <br><br> **MANDATE** |

The judgment of this Court, entered 04/08/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk